| | |
|---|---|
| 1 | ROBERT M. PATTISON (Cal. Bar No. 103528) |
| 2 | CYNTHIA S. SANDOVAL (Cal. Bar. No. 191390) |
|   | JACKSON LEWIS LLP |
| 3 | 199 Fremont Street, 10th Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 394-9400 |
|   | Facsimile: (415) 394-9401 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | KNOWLEDGE LEARNING CORPORATION, |
|   | formerly known as CHILDREN'S DISCOVERY |
| 7 | CENTER OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA TILCOCK, ROSALBA NAVARRETE, MARIA PEDRAZA, and LISA AYALA, | E-FILING CASE NO.: C 04-03551 JCS |
| Plaintiffs, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| v. | |
| KNOWLEDGE LEARNING CORPORATION AND CHILDREN'S DISCOVERY CENTER OF AMERICA and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs ROSA TILCOCK, ROSALBA NAVARRETE, MARIA PEDRAZA, AND LISA AYALA ("Plaintiffs") and Defendant KNOWLEDGE LEARNING CORPORATION ("KLC") (collectively, "the Parties") by and through their respective counsel, as follows:

1. On Wednesday, June 8, 2005, the Parties reached a settlement regarding this matter.
2. The Parties are in the midst of preparing a settlement agreement.
3. In an effort to allow the Parties sufficient time to prepare the settlement agreement and prepare the dismissal, the Parties agree to continue the Case Management Conference currently scheduled for Friday, June 10, 2005, at 1:30 in front of the

STIPULATION TO CONTINUE CASE MANAGEMNT CONFERENCE AND [PROPOSED] ORDER   1   Case No.: C 04-03551 JCS

Honorable Joseph C. Spero to Friday, June 17, 2005, at 1:30 in Courtroom A of the U.S. District Court for the Northern District of California, San Francisco Division.

**IT IS SO STIPULATED**

Dated: June 8, 2005    JACKSON LEWIS LLP

By: *Cynthia Sandoval*
Robert M. Pattison
Cynthia S. Sandoval
Attorneys for Defendant KNOWLEDGE LEARNING CORPORATION

Dated: June __, 2005    LAW OFFICES OF JAMES McGLAMERY

By: *James McGlamery*
James McGlamery
Attorneys for Plaintiffs ROSA TILCOCK, ROSALBA NAVARRETE, MARIA PEDRAZA, and LISA AYALA

## ORDER

Based upon, and in accordance with, the above Stipulation of the Parties, this Court hereby orders the Case Management Conference currently scheduled for Friday, June 10, 2005, at 1:30 p.m. be continued to Friday, June 17, 2005, at 1:30 p.m. in Courtroom A of the U.S. District Court for the Northern District of California, San Francisco Division.

**IT IS SO ORDERED.**

Dated: _____June 9_____, 2005          /s/ Joseph C. Spero
                                       HON. JOSEPH C. SPERO
                                       Magistrate Judge for the United States District Court for the Northern District of California

H:\K\Knowledge Learning Corporation-Tilcock, et al. (77166 fka 75498)\Pleadings\060805 Stip to Continue CMC.doc