ROBERT M. PATTISON (Cal. Bar No. 103528)
CYNTHIA S. SANDOVAL (Cal. Bar. No. 191390)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
KNOWLEDGE LEARNING CORPORATION,
formerly known as CHILDREN'S DISCOVERY
CENTER OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA TILCOCK, ROSALBA NAVARRETE, MARIA PEDRAZA, and LISA AYALA,<br><br>Plaintiffs,<br><br>v.<br><br>KNOWLEDGE LEARNING CORPORATION AND CHILDREN'S DISCOVERY CENTER OF AMERICA and DOES 1 through 10, inclusive,<br><br>Defendants. | E-FILING CASE NO.: C 04-03551 JCS<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs ROSA TILCOCK, ROSALBA NAVARRETE, MARIA PEDRAZA, AND LISA AYALA ("Plaintiffs") and Defendant KNOWLEDGE LEARNING CORPORATION ("KLC") (collectively, "the Parties") by and through their respective counsel, as follows:

1. The Parties have resolved the above referenced matter.

2. The Parties are finalizing the settlement process including execution of the settlement agreement and coordinating the filing of the dismissal.

3. In an effort to afford the Parties sufficient time to complete the settlement process before the Dismissal is filed, the Parties agree to continue the Case Management Conference currently scheduled for Friday, June 17, 2005, at 1:30 in front of the

Honorable Joseph C. Spero to Friday, July 15, 2005, at 1:30 in Courtroom A of the U.S. District Court for the Northern District of California, San Francisco Division

4. The Parties believe they should be able to complete the settlement process by July 15, 2005

**IT IS SO STIPULATED**

Dated: June 16, 2005

JACKSON LEWIS LLP

By: _Cynthia Sandoval_
Robert M. Pattison
Cynthia S. Sandoval
Attorneys for Defendant KNOWLEDGE LEARNING CORPORATION

Dated: June 16, 2005

LAW OFFICES OF JAMES McGLAMERY

By: _James McGlamery_
James McGlamery
Attorneys for Plaintiffs ROSA TILCOCK, ROSALBA NAVARRETE, MARIA PEDRAZA, and LISA AYALA

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

2

Case No. C 04-05355 JCS

# ORDER

Based upon, and in accordance with, the above Stipulation of the Parties, this Court hereby orders the Case Management Conference currently scheduled for Friday, June 17, 2005, at 1:30 p.m. be continued to Friday, July 15, 2005, at 1:30 p.m. in Courtroom A of the U.S. District Court for the Northern District of California, San Francisco Division.

**IT IS SO ORDERED.**

Dated: _____June 17___, 2005      /s/ Joseph C. Spero
                                    _____
                                    HON. JOSEPH C. SPERO
                                    Magistrate Judge for the United States
                                    District Court for the Northern District of
                                    California

H:\K\Knowledge Learning Corporation-Tilcock, et al. (77166 fka 75498)\Pleadings\061605 Stip to Continue CMC.doc