JAMES E. McGLAMERY SB# 099433
LAW OFFICES OF JAMES E. McGLAMERY
555 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 446-6235
Fax: (916) 446-6218

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSA TILCOCK, ROSALBA NAVARRETE, MARIA PEDRAZA, AND LISA AYALA

    Plaintiffs,
v.

KNOWLEDGE LEARNING CORPORATION AND CHILDREN'S DISCOVERY CENTER OF AMERICA, and Does 1 through 10, inclusive.

    Defendants
_____/

E-FILING
CASE NO. C-04-03551JCS

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed *with prejudice* pursuant to Fed. R. Civ. Pro. 41(a)(1). Each side is to bear their own costs and fees.

Dated: June 13, 2005    By: _____
    James E. McGlamery, Attorney for Plaintiffs

Dated: July 12, 2005    By: _____
    Robert M. Pattison, Attorney for Defendants

Dated: July 12, 2005

IT IS SO ORDERED
Magistrate Judge Joseph C. Spero

*Tilcock, et al. v. Childrens's Learning Center, et al.*